PROB 22 (CAEP) (Rev. 01/24)

# TRANSFER OF JURISDICTION

FILED
Jun 11 2025
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

DOCKET NUMBER *(Tran. Court)*
0972 2:23CR00095-02

DOCKET NUMBER *(Rec. Court)*
3:25-cr-00153 SI

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Joel Guadalupe Gil-Sandoval<br>California *(City/State only)* | E-CA | Sacramento |
| | NAME OF SENTENCING JUDGE | |
| | Senior United States District Judge John A. Mendez | |
| | DATES OF PROBATION / SUPERVISED RELEASE | FROM | TO |
| | Supervised Release | 3/25/2025 | 3/24/2028 |

OFFENSE

21 USC 846 and 841(a)(1) – Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine and Fentanyl (CLASS A FELONY)

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

The person under supervision has established permanent housing in the Northern District of California.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE   EASTERN   DISTRICT OF   CALIFORNIA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   Northern District of California   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

June 09, 2025
*Date*

/s/ John A. Mendez
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE   NORTHERN   DISTRICT OF   CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

June 10, 2025
*Effective Date*

*[signature]*
*United States District Judge*

CC:   United States Attorney